# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINA MOLANO, an individual,<br><br>PLAINTIFF<br><br>v.<br><br>CITY OF LOS ANGELES ACTING BY AND THOUGH THE DEPARTMENT OF WATER AND POWER, a municipal government; LOS ANGELES DEPARTMENT OF WATER AND POWER, a government agency; JESUS AVINA, an individual; APRIL KALOUMAIRA, an individual; CRYSTAL ANGELO, an individual; BECKY NG, an individual; LOUIS TING, an individual; MARTIN ADAMS, an individual; and DOES 1 THROUGH 50, inclusive,<br><br>DEFENDANTS. | CASE NO: CV23-10799-MWC (SSCx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL  [FRCP 41(A)] (DKT. 47)**<br><br>[JS-6] |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, **DISMISSED** with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  This Court shall retain jurisdiction to enforce, if needed, the Settlement Agreement between the parties. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 9, 2026

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE